FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2022

No. 04-22-00249-CV

**IN THE INTEREST OF S.J.S. AND J.P.**, Children

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00577
Honorable Kimberly Burley, Judge Presiding

# O R D E R

    This is an accelerated appeal of the trial court's order terminating appellants mother and father's parental rights. Appellee's brief was originally due to be filed on July 25, 2022. On July 25, 2022, appellee filed a motion requesting an extension of time to file its brief.

    The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id*.

    The motion is GRANTED, and appellee's brief must be filed **no later than August 15, 2022**. *Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.*

_____
Lori I. Valenzuela, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court